# UNITED STATES DISTRICT COURT

DISTRICT OF NORTH DAKOTA

ROBERT ANSLEY
CLERK

HEADQUARTERS
220 EAST ROSSER - ROOM 476
BISMARCK - 58501
POST OFFICE BOX 1193
BISMARCK - 58502
TELEPHONE: (701) 530-2300
FACSIMILE: (701) 530-2312

DIVISIONAL OFFICE
655 1ST AVENUE NORTH - Suite 130
FARGO - 58102-4932
TELEPHONE: (701) 297-7000
FACSIMILE: (701) 297-7005

Fargo, North Dakota
February 27, 2007

Attorney Daniel E. Gustafson
Attorney Renae D. Steiner
Attorney Jason S. Kilene
Gustafson Gluek PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402

Re: Attorney Admission Procedures
    Civil Case No.: 3:07-cv-22– Robert George v. LG Philips LCD Company LTD et al

Dear Counsel :

This is to advise that the Local Rules of the United States District Court for the District of North Dakota provides for:

1. A one time fee of $180 for admission to the bar of this court.
   **-OR-**
2. A per case fee of $30 for counsel who have not been admitted to this court.

If you wish to be admitted to practice for the pending litigation only, you must petition the Court for leave to appear. You may either mail the original pro hac vice motion to the Clerk's Office or you may submit a CD or disk with the motion in Portable Document Format (PDF). The $30 filing fee must accompany your motion. You must also send a completed original Electronic Case Filing (ECF) registration form with your motion. No Certificate of Admission will be issued. If the Court grants your motion to proceed pro hac vice, an ECF password and login will be sent to you.

If you wish to be admitted to practice before the bar, you may waive the requirement that you appear in open court to take an oath. If you waive that requirement, you must complete and return a Petition for Admission, Oath of Admission, index cards and ECF registration form. Please note that the movant of your Petition must be a member of the bar of the U.S. District Court for the District of North Dakota. Each of those completed documents should be mailed to the Office of the Clerk, together with your payment of $180. A Certificate of Admission will be issued. An ECF password and login will be sent to you.

You may access all attorney admission forms and the ECF registration form on our district's website at: **www.ndd.uscourts.gov**

If you need a hard copy of the admission forms mailed to you, please contact our office using the above mailing address or phone number.

Sincerely,
ROBERT ANSLEY, CLERK

*/s/ JoAnn Ordahl*
JoAnn Ordahl, Deputy Clerk