AO 440 (Rev. 8/01) Summons in a Civil Action

# United States District Court
## Southeastern Division - District of North Dakota

Robert George and all others similarly situated,
    Plaintiff
v.
LG Philips LCD Company LTD, LG Philips LCD America, Inc., LG Electronics Inc., Royal Philips Electronics NV, Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., AU Optronics Corporation, AU Optronics Corporation America, Chi Mei Optoelectronics, Chi Mei Optoelectronics USA, Inc., Sharp Corporation, Sharp Electronics Corporation, Toshiba Corporation, Matsushita Display Technology Co., Ltd., Hitachi Ltd., Hitachi Displays, Ltd., Hitachi America Ltd., Hitachi Electronic Devices (USA), Inc., Sanyo Epson Imaging Devices Corporation, NEC Corporation, NEC LCD Technologies, Ltd., IDT International Ltd., International Display Technology Co., Ltd., International Display Technology USA Inc., Chunghwa Picture Tubes Ltd., and HannStar Display Corporation,
    Defendants.

SUMMONS IN A CIVIL CASE

CASE NUMBER:    3:07-cv-22

TO:    Above Named Defendant(s)

**YOU ARE HEREBY SUMMONED** and required to serve on
PLAINTIFF'S ATTORNEY (name and address)
Michael S. Montgomery
Montgomery Goff & Bullis, P.C.
4802 Amber Valley Parkway
PO Box 9199
Fargo, North Dakota 58106-9199



an answer to the complaint which is served on you with this summons, within <u>Twenty (20)</u> days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

<u>CLERK                  ROBERT ANSLEY</u>        <u>DATE                      February 26, 2007</u>
/s/ JoAnn Ordahl

By Deputy Clerk - JoAnn Ordahl

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date                    Signature of Server

_____
Address of Server

---

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.