OFFICE OF THE CLERK<br>
UNITED STATES DISTRICT COURT<br>
NORTHERN DISTRICT OF CALIFORNIA

Richard W. Wieking                                                                                                    450 Golden Gate Avenue<br>
      Clerk                                                                                                             San Francisco, CA 94102<br>
                                                                                                                                                                                  415.522.2000

29 May 2007

U.S. District Court  
655 First Avenue North  
Fargo, ND 58107

       Re:    MDL 07-1827 In re TFT-LCD (Flat Panel) Antitrust Litigation

<u>Title of Case(s)</u>                                                                               <u>Your Case Number(s)</u>  
*Robert George -v- LG Philips LCD Co., Ltd., et al*                C.A. No. 3:07-022

Dear Clerk:

     Enclosed is a certified copy of the order from the Judicial panel on Multidistrict Litigation transferring the above entitled action to the Northern District of California, San Francisco Division. The case has been assigned to the Honorable Susan Illston for coordinated or consolidated pretrial processing pursuant to 28 USC §1407.

     Please forward the original record and a certified copy of the docket entries in the case listed above along with the enclosed copy of this transmittal letter to:

United States District Court<br>
Northern District of California<br>
450 Golden Gate Avenue, P.O. Box 36060<br>
San Francisco, CA 94102<br>
Attn: Rufino Santos

     If the case is an electronic case filing please do one of the following: 1) e-mail the PDF documents, as separate PDF files, including a PDF copy of the docket sheet to **rufino_santos@cand.uscourts.gov**, 2) provide us with a temporary log in and a password to directly access your database and to expedite the downloading of the PDF files we need and/or require, or, 3) if you prefer, on a disc. We appreciate your prompt attention to this matter.

                                                                                                            Sincerely yours,  
                                                                                                             Richard W. Wieking, Clerk

                                                                                                             *[signature]*

                                                                                                            By: Rufino Santos  
                                                                                                            Deputy Clerk

Encl.