MDL, TRANSFERRED

# U. S. District Court for the District of North Dakota (Southeastern)
## CIVIL DOCKET FOR CASE #: 3:07-cv-00022-RSW-KKK
### Internal Use Only

| | |
|---|---|
| George v. LG Philips LCD Company LTD et al | Date Filed: 02/23/2007 |
| Assigned to: Judge Rodney S. Webb | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Karen K. Klein | Nature of Suit: 410 Anti-Trust |
| Cause: 15:1 Antitrust Litigation | Jurisdiction: Federal Question |

**Plaintiff**

**Robert George**    represented by    **Daniel E Gustafson**
*and all others similarly situated*                           650 Northstar East
                                                              608 Second Avenue South
                                                              Minneapolis, MN 55402
                                                              612-333-8844
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Jason S Kilene**
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Michael S. Montgomery**
                                                              MONTGOMERY, GOFF & BULLIS
                                                              PO BOX 9199
                                                              FARGO, ND 58106
                                                              701-281-8001
                                                              Fax: 701-281-8007
                                                              Email: mike@bullislaw.com
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Renae D Steiner**
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**LG Philips LCD Company LTD**

**Defendant**

**LG Philips LCD America, Inc.,**

**Defendant**

**LG Electronics Inc.,**

**Defendant**

**Royal Philips Electronics NV**

**Defendant**

**Sansung Electronics Co., Ltd.,**

**Defendant**

**Samsung Semiconductor, Inc.**

**Defendant**

**AU Optronics Corporation**

**Defendant**

**AU Optronics Corporation America**

**Defendant**

**Chi Mei Optoelectronics**

**Defendant**

**Chi Mei Optoelectronics USA, Inc.**

**Defendant**

**Sharp Corporation**

**Defendant**

**Sharp Electronics Corporation**

**Defendant**

**Toshiba Corporation**

**Defendant**

**Matsushita Display Technology Co., Ltd.**

**Defendant**

**Hitachi Ltd.**

**Defendant**

**Hitachi Displays, Ltd.**

**Defendant**

**Hitachi America, Ltd.**

**Defendant**

**Hitachi Electronic Devices (USA), Inc.**

**Defendant**

**Sanyo Epson Imaging Devices Corporation**

**Defendant**

**NEC Corporation**

**Defendant**

**NEC LCD Technologies, Ltd.**

**Defendant**

**IDT International Ltd.**

**Defendant**

**International Display Technology Co., Ltd.**

**Defendant**

**International Display Technology USA Inc.**

**Defendant**

**Chunghwa Picture Tubes Ltd.**

**Defendant**

**HannStar Display Corporation**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/04/2007 | 4 | CONDITIONAL TRANSFER ORDER (CTO-1) (certified copy) transferring case to California Northern to be included in MDL Docket No. 1827 (td) (Entered: 06/04/2007) |
| 02/27/2007 | 3 | Letter from Clerk's Office to Attorneys Daniel Gustafson, Renae Steiner, Jason Kilene regarding admission. (jo) (Entered: 02/27/2007) |
| 02/26/2007 | 2 | Summons Issued as to all defendants.(jo) (Entered: 02/26/2007) |
| 02/23/2007 | 1 | CLASS ACTION COMPLAINT AND JURY DEMAND against all defendants ( Filing fee $ 350 receipt number 013079.), filed by Robert George. (Attachments: # 1 Civil Cover Sheet JS 44)(jo) Additional attachment(s) added on 2/26/2007 (td, ). (Entered: 02/23/2007) |